

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-85,300-01

## EX PARTE ADRIAN D. CURRY, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1127146-A IN THE 338TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to possession of less than one gram of cocaine and was sentenced to 150 days' imprisonment. He did not appeal his conviction.

Applicant contends, among other things, that his guilty plea was involuntary because he did not in fact possess a controlled substance. The trial court made findings of fact and conclusions of law and recommended that we grant relief. *Ex parte Mable*, 443 S.W.3d 129 (Tex. Crim. App.

2014).

Relief is granted. The judgment in cause number 1127146 in the 338th District Court of Harris County is set aside. If in custody, Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges in the information. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Filed: July 27, 2016
Do not publish